STATE OF MINNESOTA

IN SUPREME COURT

A14-0710



November 5, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Julian Clifford Janes, a Minnesota Attorney,
Registration No. 0258635.

ORDER

On May 19, 2014, the court publicly reprimanded respondent Julian Clifford Janes and placed him on supervised probation for 2 years. The terms of respondent's probation stated that "[i]f the Director determines, in his sole discretion, after 1 year that probation is no longer necessary to ensure respondent is complying with his tax and employment obligations," as set forth in the conditions of his probation, "the probation may be terminated by filing a stipulation for termination of probation."

The parties have now filed a stipulation for termination of probation. In it, the Director states that he is satisfied that respondent has fulfilled the tax and employment obligations set forth in the conditions of his probation, that respondent does not currently have anyone under his employment, and that probation is no longer necessary. The parties jointly recommend the termination of respondent's probation.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Julian Clifford Janes's probation is terminated as of the date of the filing of this order.

1

Dated: November 5, 2015

BY THE COURT:

David R. Stras
Associate Justice